| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery<br>10-27-06 |
| | C. Signature<br>X _(signature)_ | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>City of Clanton<br>City Hall, 505 2nd Avenue North<br>P.O. Box 580<br>Clanton, Alabama 35046-0580<br><br>06CV963 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0006 2342 5130 | |

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424