IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY CHARLES JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:06-CV-0963-MEF-DRB |
| | ) | |
| THE CITY OF CLANTON, ALABAMA, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon review of the *Motion to Dismiss* filed by Defendant City of Clanton, on November 3, 2006 (Doc. 4), it is

**ORDERED,** pursuant to the Section 2 of the Uniform Scheduling Order for the Middle District of Alabama, **that Defendant support its Motion with a brief not later than November 20, 2006.** When the Motion is supported properly, the court will enter a scheduling order for Plaintiff's response and any reply by Defendant.

Done this 6th day of November, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE