IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Jimmy Charles Jenkins, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CASE NUMBER 2:06-CV-963-MEF |
| THE CITY OF CLANTON, ALABAMA, et al. | ) ) ) ) ) | JURY TRIAL DEMANDED |

# EVIDENTIARY SUBMISSION

## IN SUPPORT OF ITS MOTION TO DISMISS

Comes now the City of Clantonr, Alabama, a municipal corporation, (the "City") and its unnamed agents to file this, Evidentiary Submission in Support of its Motion to Dismiss, and submits the following:

1. The City files herewith the plaintiff's Notice of Claim, dated February 3, 2006, attached hereto as **Exhibit 1** hereof.

/s/ James W. Porter II
James W. Porter II, one of the
Attorneys for Defendant, The City of Clanton,
Alabama
State Bar ID ASB 3314 T79J
State Code POR001

/s/ Natalie A. Daugherty
Natalie A. Daugherty, one of the
Attorneys for Defendant, TheCity of Clanton,
Alabama
State Bar ID ASB 6494 A55D
State Code DAU007

OF COUNSEL:
PORTER, PORTER & HASSINGER, P.C.
P.O. Box 128
Birmingham, Alabama  35201-0128
(205) 322-1744
Fax: (205) 322-1750

*CERTIFICATE OF SERVICE*

I hereby certify that a copy of the above and foregoing has been ***electronically filed*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon the following, this the  20 day of November, 2006 .  If Notice of Electronic Filing indicates that Notice needs to be delivered by other means to any of the following, I certify that a copy will be sent via U.S. Mail, properly addressed, postage prepaid.

S. Joshua Briskman, Esq.
Baxley, Dillard, Dauphin,
   McKnight & Barclift
2008 Third Avenue South
Birmingham, AL 35233


                                                         /s/ James W. Porter II
                                                         OF COUNSEL

**ERSKINE MATHIS AND ASSOCIATES**
**ATTORNEY AT LAW**
**2107 5th AVENUE NORTH**
**AGE HERALD BUILDING, SUITE 201**
**BIRMINGHAM, ALABAMA 35203**

**ERSKINE R. MATHIS**

OFFICE (205) 252-1111
FAX    (205) 320-1922

February 3, 2006

City Clerk,
Clanton City Hall,
P.O. Box 580
Clanton, Alabama 35046

                       Re:    Jimmy Charles Jenkins
                                DOB: 9/3/63
                                SS# 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
                                Date of Arrest: on or about 1/20/2003

                             STATUTORY CLAIM

      At about 8:00 PM on 1/20/03, Defendant was driving a 1991 Cadillac Sedan DeVille in the City of Clanton when he was pulled over by Clanton P.D.. They said they got a call that someone in a white caddy was harassing someone. They asked for DL or ID. He said he had ID but no license. They asked to search the vehicle. He consented to search. They then asked if he minded if an officer drove his car to the station since it was just around the corner. He said OK. They put him in a police car and followed his car to the station. They took him inside and handcuffed him to the holding rail. They said if they did not find anything they would give him a ticket for Driving while Suspended and No Insurance. One of the jailers came in and asked what he was looking at. He said "Nothing, what are you looking at?" The jailer grabbed him by the throat and slammed his head against the wall while he was handcuffed to the rail. Other officers came and handcuffed him and beat him. They threw him in a chair with handcuffs and shackles attached to it. He started hyperventilating. They would not let him go to the bathroom so he eventually urinated on himself. They kept him in that chair the rest of the night and most of the next day. They released him and told him to take his clothes off. They gave him a jail uniform and assigned him to a cell. He had a knot behind his ear and thought his left wrist was broken. They let him out of the cell the next day. He made bond on that Feb. 10, 2003. He had been charged with Driving Under the Influence and Driving While License Revoked. Defendant showed up for all his court dates, but since they still had his car, he had to take the bus. Defendant went to court three different times. They continued it each time. The last court date was at the same time he had to be in city Court in Birmingham. City court was 9:00 AM and Clanton Court was 5:00 PM. He did not have money for his fine so he was put in jail to serve out the time. He missed court in Clanton.

Stayed in jail from June until September 23, 2003. They let him out and said Clanton had a hold but was not coming to get him. He got out.

On February 28, 2005, Clanton arrested him on an Alias Writ for missing court. They held him in jail without bond. He worked for the city of Clanton everyday, sometimes seven days a week. On August 26, 2005, he came in from work at 5:30 PM and they gave him paper work showing his case was no billed by the grand jury and he was free to go. Defendant still does not have his car, which was confiscated the day he was originally arrested.

This letter is formal notice pursuant to Section 11-47-23, 11-47-190, and 11-47-192 of the Code of Alabama, 1975, of his claim against the City for trespass, assault, wrongful arrest, caused by unauthorized or wrongful acts, or negligence, unskillfulness or carelessness of the City of Clanton, it's agents, servants and employees.

Yours truly,

*ERMath*

Erskine R. Mathis

State of Alabama
Jefferson County

My name is Jimmy Charles Jenkins, and I have read the preceding letter and swear that what it says is true.

Jimmy Charles Jenkins

Subscribed and sworn to this the 3rd day of February, 2006.

Notary Public