**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 21, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Jenkins v. The City of Clanton, Alabama

Case Number:    2:06cv00963-MEF

**This Notice of Correction was filed in the referenced case this date to correct the PDF document for Exhibit 1 previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to Exhibit 1 for document #7   filed on    November 20, 2006.**

ERSKINE MATHIS AND ASSOCIATES
ATTORNEY AT LAW
2107 5th AVENUE NORTH
AGE HERALD BUILDING, SUITE 201
BIRMINGHAM, ALABAMA 35203

**ERSKINE R. MATHIS**

OFFICE (205) 252-1111
FAX    (205) 320-1922

February 3, 2006

City Clerk,
Clanton City Hall,
P.O. Box 580
Clanton, Alabama 35046

          Re: Jimmy Charles Jenkins
              DOB: 9/3/63
              SS# 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
              Date of Arrest: on or about 1/20/2003

STATUTORY CLAIM

At about 8:00 PM on 1/20/03, Defendant was driving a 1991 Cadillac Sedan DeVille in the City of Clanton when he was pulled over by Clanton P.D.. They said they got a call that someone in a white caddy was harassing someone. They asked for DL or ID. He said he had ID but no license. They asked to search the vehicle. He consented to search. They then asked if he minded if an officer drove his car to the station since it was just around the corner. He said OK. They put him in a police car and followed his car to the station. They took him inside and handcuffed him to the holding rail. They said if they did not find anything they would give him a ticket for Driving while Suspended and No Insurance. One of the jailers came in and asked what he was looking at. He said "Nothing, what are you looking at?" The jailer grabbed him by the throat and slammed his head against the wall while he was handcuffed to the rail. Other officers came and handcuffed him and beat him. They threw him in a chair with handcuffs and shackles attached to it. He started hyperventilating. They would not let him go to the bathroom so he eventually urinated on himself. They kept him in that chair the rest of the night and most of the next day. They released him and told him to take his clothes off. They gave him a jail uniform and assigned him to a cell. He had a knot behind his ear and thought his left wrist was broken. They let him out of the cell the next day. He made bond on that Feb. 10, 2003. He had been charged with Driving Under the Influence and Driving While License Revoked. Defendant showed up for all his court dates, but since they still had his car, he had to take the bus. Defendant went to court three different times. They continued it each time. The last court date was at the same time he had to be in city Court in Birmingham. City court was 9:00 AM and Clanton Court was 5:00 PM. He did not have money for his fine so he was put in jail to serve out the time. He missed court in Clanton.

Stayed in jail from June until September 23, 2003. They let him out and said Clanton had a hold but was not coming to get him. He got out.

On February 28, 2005, Clanton arrested him on an Alias Writ for missing court. They held him in jail without bond. He worked for the city of Clanton everyday, sometimes seven days a week. On August 26, 2005, he came in from work at 5:30 PM and they gave him paper work showing his case was no billed by the grand jury and he was free to go. Defendant still does not have his car, which was confiscated the day he was originally arrested.

This letter is formal notice pursuant to Section 11-47-23, 11-47-190, and 11-47-192 of the Code of Alabama, 1975, of his claim against the City for trespass, assault, wrongful arrest, caused by unauthorized or wrongful acts, or negligence, unskillfulness or carelessness of the City of Clanton, it's agents, servants and employees.

Yours truly,

*Erskine R. Mathis*

Erskine R. Mathis

State of Alabama
Jefferson County

My name is Jimmy Charles Jenkins, and I have read the preceding letter and swear that what it says is true.

*Jimmy Charles Jenkins*

Jimmy Charles Jenkins

Subscribed and sworn to this the 3rd day of February, 2006.

*Shadri Renee Meredu*
Notary Public