IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY CHARLES JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:06-CV-0963-MEF-DRB |
| | ) | |
| THE CITY OF CLANTON, ALABAMA, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Defendant, The City of Clanton, Alabama, has now supported its *Motion to Dismiss* (Doc. 4 Nov. 3, 2006 ) with a *Brief* (Doc. 6) and an *Evidentiary Submission* (Docs. 7, 8), both filed on November 20, 2006. Accordingly, it is

**ORDERED that Plaintiff respond not later than December 19, 2006, to show any cause why the *Motion* should not be granted.** Defendant may file any reply by January 3, 2007, and thereafter the Motion shall be deemed submitted for determination without oral argument.

Done this 27th day of November, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE