IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY CHARLES JENKINS,           )
                                 )
        Plaintiff,               )
v.                               )         2:06-CV-0963-MEF
                                 )
THE CITY OF CLANTON, ALABAMA,    )
a Municipal Corporation, and its agents,  )
                                 )
                                 )
        Defendant.               )

### ORDER

Upon review of the Plaintiff's *Motion for Leave to Amend Complaint*, (Doc. 10, filed December 19, 2006), it is

**ORDERED** that the defendant show any cause why this motion should not be granted on or before January 12, 2007.

Done this 20th day of December, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE