IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY CHARLES JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-963-MEF |
| ) | |
| THE CITY OF CLANTON, ALABAMA, ) | |
| a Municipal Corporation, and its agents, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Plaintiff's unopposed *Motion for Leave to File Amended Complaint* (Doc. 10, filed December 19, 2006), it is

**ORDERED** that Plaintiff's Motion is granted.

DONE this 18th day of January, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE