| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*  B. Date of Delivery<br>　　　　　　　　　　　　　　1-23-07<br>C. Signature<br>X _____ ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>　 If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>J.D. Davis<br>City Hall<br>505 2nd Avenue North<br>P.O. Box 580<br>Clanton, Alabama 35046-0580<br><br>06cv963 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7005 0390 0006 2342 5833 |

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424