IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY CHARLES JENKINS,　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　CIVIL ACTION NO. 2:06-CV-963-MEF
　　　　　　　　　　　　　　　　　)
THE CITY OF CLANTON, ALABAMA,　)
a Municipal Corporation, and its agents,　)
　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　)

## ORDER

Upon consideration of the Defendant's *Motion to Dismiss First Amended Complaint*

(Doc. 17, filed January 23, 2006), it is

**ORDERED** that Plaintiff show cause why this motion should not be granted on or

before February 5, 2007.

DONE this  25th day of January, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE