IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY CHARLES JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 2:06-CV-963-MEF |
| THE CITY OF CLANTON, ALABAMA, ) | |
| a municipal corporation, and its agents; ) | |
| J.D. DAVIS, in his individual and official ) | |
| capacity as a Police Officer of the City of ) | |
| Clanton; JAMES HENDERSON, in his ) | |
| individual and official capacity as Chief ) | |
| of Police of the City of Clanton; and ) | |
| VELMA L. TINSLEY, in her individual ) | |
| capacity and official capacity as the ) | |
| Clerk of the Municipal Court of the ) | |
| City of Clanton, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Plaintiff adopts and incorporates his previously filed Opposition to Motion to Dismiss in this case in response to the Motion to Dismiss Amended Complaint.

1

Respectfully Submitted,

/s/S. Joshua Briskman
S. Joshua Briskman, one of the
Attorneys for Plaintiff,
Jimmy Charles Jenkins

OF COUNSEL:

BAXLEY, DILLARD, DAUPHIN, MCKNIGHT & BARCLIFT
2008 Third Avenue South
Birmingham, Alabama 35233
Phone: (205) 271-1100
Fax: (205) 271-1108

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James W. Porter, II, Esq.
Porter, Porter & Hassinger, P.C.
215 21st Street North, Suite 1000
Post Office Box 128
Birmingham, Alabama 35201-0128

/s/S. Joshua Briskman
Of Counsel