IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE  DISTRICT OF ALABAMA
NORTHERN DIVISION

Jimmy Charles Jenkins,              )
                                     )
        Plaintiff,            )
                                     )
           vs.            )     CASE NUMBER 2:06-CV-963-MEF
                                   )
THE CITY OF CLANTON ,       )
ALABAMA, et al.             )
                                   )     JURY TRIAL DEMANDED
                                   )

**EVIDENTIARY SUBMISSION**

**IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**

Comes now the City of Clanton, Alabama, a municipal corporation, (the "City"), Chief James Henderson and Velma Tinsley to file this, Evidentiary Submission in Support their Motion to Dismiss the Amended Complaint, and submits the following:

1.     The defendants file herewith a Letter from Debbie Orange, City Clerk, <u>attached hereto as **Exhibit 1** hereof.</u>

2.     The defendants file herewith the plaintiff's Notice of Claim, dated February 3, 2006, <u>attached hereto as **Exhibit 2** hereof.</u>

3.     The defendants file herewith the Order of Commitment to Jail, dated March 8, 2005, <u>attached hereto as **Exhibit 3** hereof.</u>

4.     The defendants file herewith an Affidavit of James Henderson, Chief of Police for the City of Clanton, <u>attached hereto as **Exhibit 4** hereof.</u>

/s/ James W. Porter II
James W. Porter II, one of the
Attorneys for Defendant, The City of Clanton,
Alabama
State Bar ID ASB 3314 T79J
State Code POR001


/s/ Natalie A. Daugherty
Natalie A. Daugherty, one of the
Attorneys for Defendant, TheCity of Clanton,
Alabama
State Bar ID ASB 6494 A55D
State Code DAU007


OF COUNSEL:
PORTER, PORTER & HASSINGER, P.C.
P.O. Box 128
Birmingham, Alabama  35201-0128
(205) 322-1744
Fax: (205) 322-1750

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been ***electronically filed*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon the following, this the _ 26 day of February, 2007 _. If Notice of Electronic Filing indicates that Notice needs to be delivered by other means to any of the following, I certify that a copy will be sent via U.S. Mail, properly addressed, postage prepaid.

S. Joshua Briskman, Esq.
Baxley, Dillard, Dauphin,
  McKnight & Barclift
2008 Third Avenue South
Birmingham, AL 35233


/s/ James W. Porter II
OF COUNSEL

2

**EXHIBIT 1**

# City of Clanton

**Post Office Box 580 • Clanton, Alabama 35046-0580 • Telephone (205) 755-4051**

Billy Joe Driver. *Mayor*
Debra Orange. *City Clerk*
John Hollis Jackson, Jr., *City Attorney*

— COUNCIL —

Ann Baker
Ronnie Porter
Elem Hill. Pro. Tem.

Mary Mell Smith
Robert K. Easterling

January 24, 2007

To Whom It May Concern:

I, Debra Orange, City Clerk and personnel clerk for the City of Clanton am writing to state that the City of Clanton does not nor has ever had a police officer in the name of J.D. Davis. I have been with the City for twenty one years and to my knowledge the City has never employed a police officer by this name.

If any further information is needed please feel free to contact me at 205-755-1105.

Sincerely,

Debra Orange, CMC
City Clerk

**"A good place to visit — A better place to live"**

# EXHIBIT 2

KRASKIN, LESSE AND ASSOCIATES
ATTORNEY AT LAW
2107 5ᵗʰ AVENUE NORTH
AGE HERALD BUILDING, SUITE 201
BIRMINGHAM, ALABAMA 35203

KRASKIN R. MATHIS

OFFICE (205) 252-1111
FAX   (205) 320-1922

February 3, 2006

City Clerk,
Clanton City Hall,
P.O. Box 580
Clanton, Alabama 35046

Re:   Jimmy Charles Jenkins
      DOB: 9/3/63
      SS# 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
      Date of Arrest: on or about 1/20/2003

STATUTORY CLAIM

At about 8:00 PM on  1/20/03, Defendant was driving a 1991 Cadillac Sedan DeVille in the City of Clanton when he was pulled over by Clanton P.D.. They said they got a call that someone in a white caddy was harassing someone. They asked for DL or ID. He said he had ID but no license.  They asked to search the vehicle.  He consented to search.  They then asked if he minded if an officer drove his car to the station since it was just around the corner.  He said OK.  They put him in a police car and followed his car to the station.  They took him inside and handcuffed him to the holding rail.  They said if they did not find anything they would give him a ticket for Driving while Suspended and No Insurance.  One of the jailers came in and asked what he was looking at.  He said "Nothing, what are you looking at?"  The jailer grabbed him by the throat and slammed his head against the wall while he was handcuffed to the rail.  Other officers came and handcuffed him and beat him.  They threw him in a chair with handcuffs and shackles attached to it.  He started hyperventilating.  They would not let him go to the bathroom so he eventually urinated on himself.  They kept him in that chair the rest of the night and most of the next day.  They released him and told him to take his clothes off.  They gave him a jail uniform and assigned him to a cell.  He had a knot behind his ear and thought his left wrist was broken.  They let him out of the cell the next day.  He made bond on that Feb. 10, 2003.  He had been charged with Driving Under the Influence and Driving While License Revoked. Defendant showed up for all his court dates, but since they still had his car, he had to take the bus.  Defendant went to court three different times.  They continued it each time.  The last court date was at the same time he had to be in city Court in Birmingham.  City court was 9:00 AM and Clanton Court was 5:00 PM.  He did not have money for his fine so he was put in jail to serve out the time.  He missed court in Clanton.

Stayed in jail from June until September 23, 2003.  They let him out and said Clanton had a hold but was not coming to get him. He got out.

On February 28, 2005, Clanton arrested him on an Alias Writ for missing court. They held him in jail without bond.  He worked for the city of Clanton everyday, sometimes seven days a week. On August 26, 2005, he came in from work at 5:30 PM and they gave him paper work showing his case was no billed by the grand jury and he was free to go.  Defendant still does not have his car, which was confiscated the day he was originally arrested.

This letter is formal notice pursuant to Section 11-47-23, 11-47-190, and 11-47-192 of the Code of Alabama, 1975, of his claim against the City for trespass, assault, wrongful arrest, caused by unauthorized or wrongful acts, or negligence, unskillfulness or carelessness of the City of Clanton, it's agents, servants and employees.

Yours truly,

*Erskine R. Mathis*

Erskine R. Mathis

State of Alabama
Jefferson County

My name is Jimmy Charles Jenkins, and I have read the preceding letter and swear that what it says is true.

*Jimmy Charles Jenkins*

Jimmy Charles Jenkins

Subscribed and sworn to this the 3RD day of February, 2006.

Notary Public

# EXHIBIT 3

STATE OF ALABAMA
UNIFIED JUDICIAL SYSTEM

FORM C-41 (MUN) REV. 8/92

**ORDER OF COMMITTMENT TO JAIL**

CASE NUMBER

TR03 – 427
TR03 – 428

IN THE __MUNICIPAL__ COURT __CHILTON__ COUNTY

☐ STATE OF ALABAMA    ☒ MUNICIPALITY OF __CLANTON__ .

V. _____Jimmy Charles Jenkins_____ , Defendant

TO THE JAILER OF _____CHILTON COUNTY JAIL__ .

You are ordered to receive into your custody the above-named defendant, charged with the offense(s) of __D.U.F. & P.W.R.__

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: 3/8/05 Case transfered to Circuit Court for a felony prosecution.

Certified and true according
to Clanton Municipal Court records
This date _January 26, 2007_

~~Municipal Court Clerk~~
Clanton, AL

Sentence:

| Date Sentenced | Jail Credit | Date Sentence Begins |
|---|---|---|
| | | |

Date __3/8/05__

Judge/Clerk/Magistrate __V.R. Insley__

KINTRAY PRINTERS - 755-0355

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Jimmy Charles Jenkins,                    )        .
                                          )
        Plaintiff,                        )
                                          )
        vs.                               )        CASE NUMBER 2:06-CV-963-MEF
                                          )
THE CITY OF CLANTON ,                     )
ALABAMA, et al.                           )
                                          )        JURY TRIAL DEMANDED
                                          )

STATE OF ALABAMA |
COUNTY OF _CHILTON_ |

## AFFIDAVIT OF JAMES HENDERSON

Comes now the undersigned and, after being duly sworn, makes the following affidavit:

My name is James Henderson. I am over the age of 19 years and I make this affidavit

based upon my own personal knowledge, information and belief.

I have been the Chief of Police for the City of Clanton for the past fifteen (15) years, and

for a total of twenty (20) years.

On or about January 20, 2003, Jimmy Charles Jenkins was arrested for driving under the

influence and for driving with a revoked driver's license. Due to these serious violations and as

required by the laws of the State of Alabama, Mr. Jenkins was removed from his vehicle and said

vehicle was impounded. *See* Ala. Code § 32-6-19 (1975). Pursuant to Section 32-6-19 of the

Code of Alabama (1975), the law enforcement officer making said impoundment directed an

approved towing service to tow Mr. Jenkins' vehicle to their garage or other place of safety. *See*

Ala. Code § 32-6-19 (1975). Upon this direction by the law enforcement officer, the responding

Page 1 of 2

towing service took and maintained custody and control of Mr. Jenkins' vehicle. *See* Ala. Code

§ 32-6-19 (1975).

Mr. Jenkins' vehicle is not, nor has it been, in the possession or custody of the City of

Clanton or any of its agents.

Further Affiant saith not.

James Henderson

STATE OF ALABAMA
COUNTY OF CHILTON

Before me, the undersigned Notary Public in and for the State of Alabama at Large,
personally appeared James Henderson, and after being first duly sworn, did depose and say that
the statements in the foregoing Affidavit are true and correct.

Given under my hand and official seal this the 20th day of February, 2007.

Notary Public
My commission expires: March 6, 2010

My Commission expires March 6, 2010.

Page 2 of 2