IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY CHARLES JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-963-MEF |
| | ) | [WO] |
| THE CITY OF CLANTON, | ) | |
| ALABAMA, *et al*. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the March 20, 2007 *Opposition to the Report and Recommendations of the Magistrate Judge* (Doc. #25), and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered March 7, 2007, (Doc. #24), be and is hereby VACATED.

Done this 27th day of April, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE