IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Jimmy Charles Jenkins, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NUMBER 2:06-CV-963-MEF |
| | ) | |
| THE CITY OF CLANTON, AL, | ) | |
| A Municipal Corporation, Police Chief | ) | |
| James Henderson, J. D. Davis, and | ) | |
| Velma L. Tinsley | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

### REPORT OF RULE 26 PARTIES' PLANNING MEETING

1. **Appearances**:

    Pursuant to Fed.R.Civ.P. 26(f), a teleconference meeting of the parties' representatives was held on **August 1, 2007**, and was conducted by:

    a.  S. Joshua Briskman, appearing on behalf of Plaintiff, Jimmy Charles Jenkins, and

    b.  Natalie A. Daugherty, appearing on behalf of Defendant, the City of Clanton, Alabama, Chief James Henderson and Velma Tinsley.

2. **Parties**:

    a.  The Plaintiff shall have until **October 31, 2007,** to join any additional parties and to amend the pleadings; and,

    b.  The Defendants shall have until **December 31, 2007**, to join any additional parties and to amend the pleadings.

3. **Dispositive Motions**:

    All potentially dispositive motions must be filed by **90 days prior to date of trial**.

4. **Expert Testimony:**

    Unless modified by stipulation of the parties, the disclosure of expert witnesses - including a complete report under Fed.R.Civ.P. 26(a)(2)(B) from any specially retained or employed expert are due:

    a.  From the Plaintiff: **February 6, 2008**;

      b.      From the Defendants: **April 2, 2008**.

5.    **Discovery Limitations and Cutoffs:**

      a.      Unless modified by stipulation of the parties:

           Depositions:

                Maximum of 10 depositions for the Plaintiff and 10 depositions for each Defendant with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.

           Interrogatories :

                Maximum of 40 by each party , with responses due within 30 days after service.

           Request for Admission:

                Maximum of 25 by each party , with responses due within 30 days after service.

           Request for Production:

                Maximum of 50 by each party , with responses due within 30 days after service.

           Supplementation:

                Supplements under Rule 26(e), Fed.R.Civ.P. are due 30 days before the end of discovery.

      b.      Pre-discovery disclosure: The parties shall exchange the information required by Local Rule 26.1(a)(1) by **October 3, 2007**.

      c.      Unless modified by court order for good cause shown, all discovery must be commenced in time to be completed by **August 4, 2008**.

6.    **Pre-trial conference:**

This case will be ready for a final pretrial conference in or after **October 2008**.

7.    **Trial:**

This case will be ready for trial by **December 2008**, and at this time is expected to take approximately 2 to 3  days.

8. **Final Lists**:

Final lists of trial witnesses and exhibits under Fed.R. Civ.P. 26(a)(3) must be served and filed:

    a.    By the Plaintiff: <u>30 days before trial</u>

    b.    By the Defendants: <u>30 days before trial</u>

Objections are to be filed within <u>14</u> days after service of final lists.

9. **Scheduling Conference:**

The parties <u>do</u> request a scheduling conference prior to the entry of the Scheduling Order.

10. **Settlement**

Settlement cannot be realistically evaluated prior to completion of initial discovery at which time mediation may be of assistance.

                                                  Respectfully submitted,

Date: <u>August 2, 2007</u>

                                          /s/ Natalie A. Daugherty
                                          Natalie A. Daugherty, one of the
                                            Attorneys for Defendants, The City of
                                            Clanton, Alabama, Chief Henderson and
                                            Velman Tinsley
                                            State Bar ID ASB 6494 A55D
                                            State Code DAU007

<u>OF COUNSEL</u>:
PORTER, PORTER & HASSINGER, P.C.
P.O. Box 128
Birmingham, Alabama  35201-0128
(205) 322-1744
Fax: (205) 322-1750

Date: August 2, 2007

    /s/ S. Joshua Briskman
S. Joshua Briskman, one of the
Attorneys for the Plaintiff, Jimmy
Charles Jenkins
State Bar ID ASB 5912 M69B
State Code BR1041

OF COUNSEL:
Baxley, Dillard, Dauphin, McKnight & Barclift
2008 Third Avenue South
Birmingham, AL 35233
(205) 271-1100
Fax: (205) 271-1108