IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY CHARLES JENKINS,           )
                                 )
     Plaintiff,                 )
v.                               )    CASE NO. 2:06-cv-963-MEF
                                 )
THE CITY OF CLANTON, ALABAMA,    )
*et al.*,                        )
                                 )
     Defendants.                )

# **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #4) filed on

November 3, 2006, it is hereby

ORDERED the motion is DENIED as moot.

DONE this the 31st day of August, 2007.


                       /s/ Mark E. Fuller
                 CHIEF UNITED STATES DISTRICT JUDGE