IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Jimmy Charles Jenkins, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NUMBER 2:06 CV 963-MEF |
| vs. | ) |
| | ) |
| CITY OF CLANTON, ALABAMA, | ) JURY TRIAL DEMANDED |
| A municipal corporation, and its | ) |
| agents, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

PLEASE TAKE NOTICE that the following discovery documents have been served on behalf of the Defendant, the City of Clanton, Alabama :

( )  Interrogatories

( )  Response to Interrogatories

( )  Supplemental Response to Interrogatories

( )  Request for Production

( )  Response to Request for Production

( )  Supplemental Response to Request for Production

( )  Request for Admissions

( )  Response to Request for Admissions

( )  Notices of Intent to Serve Subpoena

(X)  Notice of Deposition of  Plaintiff, Jimmy Charles Jenkins, scheduled for Friday, November 14, 2007 at 10:00 a.m.

( ) Other _____

                                  /s/ James W. Porter II
                                  James W. Porter II, one of the
                                  Attorneys for Defendant, The City of
                                  Clanton, Alabama
                                  State Bar ID ASB 3314 T79J
                                  State Code POR001

OF COUNSEL:
PORTER, PORTER & HASSINGER, P.C.
P.O. Box 128
Birmingham, Alabama 35201-0128
(205) 322-1744
Fax: (205) 322-1750

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been *electronically filed* with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon the following, this, the **6th** day of **September, 2007.** If Notice of Electronic Filing indicates that Notice needs to be delivered by other means to any of the following, I certify that a copy will be sent via U.S. Mail, properly addressed and postage prepaid.

William J. Baxley, Esq.
Donald R. James, Jr., Esq.
S. Joshua Briskman, Esq.
Law Offices of Baxley, Dillard, Dauphin,
   McKnight & Barclift
2008 Third Avenue South
Birmingham, AL 35233
205.271.1108 Fax

John Hollis Jackson, Jr., Esq.
PO Box 1818
Clanton, AL 35046-1818
205.755.2009

                                  /s/ James W. Porter II
                                  OF COUNSEL