IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Jimmy Charles Jenkins, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NUMBER 2:06 CV 963-MEF |
| vs. | ) |
| | ) |
| CITY OF CLANTON, ALABAMA, | ) JURY TRIAL DEMANDED |
| A municipal corporation, et al., | ) |
| | ) |
| Defendants. | ) |

**Defendants' Initial Disclosures According to FRCP Rule 26(a)(1)**

Come now the City of Clanton, Alabama, a municipal corporation, (hereinafter "the City") and its unnamed agents to file this, their Initial Disclosures According to FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) and in support thereof state as follows:

(A)   Those individuals likely to have discoverable information:

1. Plaintiff Jimmy Charles Jenkins
   1112 15th Way SW
   Birmingham, Alabama 35221
   205-587-2504
   Subjects: events alleged in the Complaint

2. A corporate representative and/or custodian of records for
   Defendant City of Clanton, Alabama, a municipal corporation
   P.O. Box 580
   Clanton, Alabama  35045
   (205) 755-1194
   Subjects: events alleged in the Complaint

3.  Honorable Billy Joe Driver, Clanton City Mayor
    City of Clanton
    P.O. Box 580
    Clanton, Alabama  35045
    205-755-1105
    Subjects: events alleged in the Complaint

4.  Chief James Henderson, Clanton City Police
    Clanton Police Department
    P.O. Box 580
    Clanton, Alabama  35046
    205- 755-1194
    Subjects: events alleged in the Complaint

5.  Debra Orange, Clanton City Clerk
    City of Clanton
    505 2nd Avenue North
    Clanton, Alabama  35045
    205-755-4051
    Subjects: events alleged in the Complaint

6.  Velma Tinsley, Municipal City Clerk
    City of Clanton
    P.O. Box 580
    Clanton, Alabama  35045
    (205) 755-4051
    Subjects: events alleged in the Complaint

7.  Officer Gregory Charles
    Clanton Police Department
    P.O. Box 580
    Clanton, Alabama  35045
    (205) 755-4051
    Subjects: events alleged in the Complaint

8. Officer Cole Betts
   Clanton Police Department
   P.O. Box 580
   Clanton, Alabama 35045
   (205) 755-4051
   Subjects: events alleged in the Complaint

9. Officer Mark McGinn
   Clanton Police Department
   P.O. Box 580
   Clanton, Alabama 35045
   (205) 755-4051
   Subjects: events alleged in the Complaint

10. A corporate representative and/or custodian of records for the
    Chilton County Sheriff's Department
    500 2nd Avenue North
    Clanton, Alabama 35045
    205-755-4698
    Subjects: events alleged in the Complaint

11. Sheriff Billy Fulmer, Chilton County Police
    Chilton County Police Department
    500 2nd Avenue North
    Clanton, Alabama 35045
    205-755-4698
    Subjects: events alleged in the Complaint

12. Deputy Ken Harmon
    Chilton County Sheriff's Department
    500 2nd Avenue North
    Clanton, Alabama 35045
    205-755-4698
    Subjects: events alleged in the Complaint

13. A corporate representative and/or custodian of records for the
Chilton County Dispatch
500 2nd Avenue North
Clanton, Alabama 35045
205-755-1120
Subjects: events alleged in the Complaint

14. A corporate representative and/or custodian of records for
Pete's Auto Repair & Wrecker Service
620 1st Avenue
Clanton, Alabama 35045
205-280-0607
Subjects: events alleged in the Complaint

15. A corporate representative and/or custodian of records for
Jefferson County Jail - Birmingham Location
801 Richard Arrington, Jr. Blvd. North
Birmingham, Alabama 35203
205- 325-5670
Subjects: events alleged in the Complaint

16. Lynn Rhodes, Alabama Bureau of Investigation, Department of Public Safety
P.O. Box 1511
Montgomery, AL 36102-1511
334-353-1172
Subjects: events alleged in the Complaint and any subsequent investigation

(B) A copy or description by category and location of all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party that the Defendants may use to support their defenses:

1. A full and complete copy of the investigative files and any and all reports, records or files pertaining to the arrests of Jimmy Charles Jenkins, B/M, DOB: 09-03-1963, SSN: 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, on or about 01-20-2003 and 02-28-2005, maintained by the Alabama Bureau of Investigation.

2. Sworn Statement of Statutory Claim made by Jimmy Charles Jenkins (February 3, 2006).

3. Voluntary Statement of Debra Orange, Clanton City Clerk (January 24, 2007).

4. Affidavit of James Henderson (February 20, 2007).

5. Dispatch Call Log from Clanton, Alabama (January 20, 2003).

6. Alabama Uniform Traffic Ticket and Complaint, Ticket Number 4048965, Case Number TR-03-427, citing Jimmy Charles Jenkins with driving "Under the Combined Influence of Alcohol and Controlled Substance" (January 20, 2003).

7. Alabama Uniform Traffic Ticket and Complaint, Ticket Number 4048966, Case Number TR-03-428, citing Jimmy Charles Jenkins with driving a vehicle while [his license was] "Revoked on October 27, 2000" (January 20, 2003).

8. Alabama Uniform Arrest Report and Narrative listing an arrest for Jimmy Jenkins for DUI and [driving while having a] revoked driver's license by Officers Gregory Charles and Cole Betts (January 20, 2003).

9. Inmate Data, Jimmy Jenkins (January 20, 2003).

10. Medical Screening Form, Jimmy Jenkins (January 20, 2003).

11. Property Issuance Log, Jimmy Jenkins (January 20, 2003).

12. Inmate Property Log, Jimmy Jenkins (January 20, 2003).

13. Chilton County Jail Inmate's Charges (January 20, 2003).

14. Chilton County Sheriff's Department Memo regarding law against prison contraband (January 20, 2003).

15. Official Notice of Suspension of Driving Privileges and Affidavit to Jimmy Jenkins

16. Appearance Bond of Jimmy Jenkins (re: DUI charge) (February 1, 2003).

17. Appearance Bond of Jimmy Jenkins (re: Revoked Driver's License) (February 1, 2003).

18. Notice of Continuance of Municipality of Clanton v. Jimmy Jenkins, cases numbered TR-03-427 and TR-03-428 (January 28, 2004).

19. Alias Warrant of Arrest for Failure of Defendant to Appear to Jimmy Jenkins, Case Number TR-03-427 (issued May 7, 2004).

20. Alias Warrant of Arrest for Failure of Defendant to Appear to Jimmy Jenkins, Case Number TR-03-428 (issued May 7, 2004).

21. Dispatch Call Log from Clanton, Alabama (February 28, 2005).

22. Alabama Uniform Arrest Report and Narrative listing an arrest for Jimmy Jenkins for F.T.A. [failure to appear] D.W.R. [driving while revoked] and F.T.A. [failure to appear] D.U.I. [driving under the influence], supervised by Sgt. Elijah Bearden (February 28, 2005).

23. Medical Screening Form, Jimmy Charles Jenkins (February 28, 2005).

24. Order of Commitment to Jail, Jimmy Charles Jenkins from the Municipality of Clanton to the Jailer of Chilton County Jail on cases numbered TR-03-427 and TR-03-428 (March 8, 2005).

25. Inmate Request Form of Jimmy Jenkins (May 16, 2005).

26. Court Record - Court Action and Disposition of Ticket Number 4048965, Case Number TR-03-427, "no billing" the Ticket (August 26, 2005).

  27. Court Record - Court Action and Disposition of Ticket Number 4048966, Case Number TR-03-428, "no billing" the Ticket (August 26, 2005).

  28. Inmate Data, Jimmy Charles Jenkins (August 26, 2005).

  29. Chilton County Jail Policy Number B-102.

  30. Chilton County Jail Policy Number B-104.

(C) A computation of any category of damages claimed:

  1. Not applicable to Defendants.

(D) For inspection and copying any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

  1. This is available for inspection and copying at a time and place mutually convenient to all parties.


           /s/ James W. Porter II
           James W. Porter II, one of the
           Attorneys for Defendant, The City of
           Clanton, Alabama
           State Bar ID ASB 3314 T79J
           State Code POR001


OF COUNSEL:
PORTER, PORTER & HASSINGER, P.C.
P.O. Box 128
Birmingham, Alabama 35201-0128
(205) 322-1744
Fax: (205) 322-1750

## *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the above and foregoing has been *electronically filed* with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon the following, this, the **19**[th] day of **September, 2007.** If Notice of Electronic Filing indicates that Notice needs to be delivered by other means to any of the following, I certify that a copy will be sent via U.S. Mail, properly addressed and postage prepaid.

William J. Baxley, Esq.
Donald R. James, Jr., Esq.
S. Joshua Briskman, Esq.
Law Offices of Baxley, Dillard, Dauphin,
   McKnight & Barclift
2008 Third Avenue South
Birmingham, AL 35233
205.271.1108 Fax

John Hollis Jackson, Jr., Esq.
PO Box 1818
Clanton, AL 35046-1818
205.755.2009

                              /s/ James W. Porter II
                              OF COUNSEL