IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY CHARLES JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NUMBER 2:06 CV 963-MEF |
| ) | WO |
| THE CITY OF CLANTON, AL, ) | |
| A Municipal Corporation, Police Chief ) | |
| James Henderson, J. D. Davis, and ) | |
| Velma L. Tinsley ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

COMES NOW Natalie A. Daugherty, one of the counsel of record for the Defendants, The City of Clanton, Alabama, et al. and files herewith this Motion for Leave to Withdraw as Counsel for Defendants, The City of Clanton, Alabama, et al. In support of this Motion, Natalie A. Daugherty states as follows:

1. Natalie A. Daugherty is no longer associated with the firm of Porter, Porter & Hassinger, P.C. and does not have access to the files in this case.

2. The Defendants will continue to be represented by James W. Porter, II who will adequately represent Defendants' interests herein.

3. The Defendants will not be prejudiced by allowing Natalie A. Daugherty to withdraw from such representation.

WHEREFORE, Natalie A. Daugherty, respectfully moves for an order that she be allowed to withdraw from representation of the Defendants in this case.

/s/ Natalie A. Daugherty
Natalie A. Daugherty, one of the Attorneys for Defendants, The City of Clanton, Alabama, et al.
State Bar ID ASB 6494 A55D
State Code DAU007

/s James W. Porter II
James W. Porter, II, one of the Attorneys for Defendants, The City of Clanton, Alabama, et al.
ID ASB 3314 T79J
State Code POR001

OF COUNSEL:
PORTER, PORTER & HASSINGER, P.C.
P.O. Box 128
Birmingham, Alabama 35201-0128
(205) 322-1744
Fax: (205) 322-1750

<u>*CERTIFICATE OF SERVICE*</u>

I hereby certify that a copy of the above and foregoing has been *electronically filed* with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon the following, this, the __21th **Day of September, 2007**__. If Notice of Electronic Filing indicates that Notice needs to be delivered by other means to any of the following, I certify that a copy will be sent via U.S. Mail, properly addressed, postage prepaid.

William J. Baxley, Esq.
Donald R. James, Jr., Esq.
S. Joshua Briskman, Esq.
Law Offices of Baxley, Dillard, Dauphin,
 McKnight & Barclift
2008 Third Avenue South
Birmingham, AL 35233

John Hollis Jackson, Jr., Esq.
PO Box 1818
Clanton, AL 35046-1818

                                               /s/ James W. Porter II
                                               OF COUNSEL