IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY CHARLES JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-963-MEF |
| ) | |
| THE CITY OF CLANTON, ALABAMA, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Natalie A. Daugherty's Motion to Withdraw (Doc. #42)

filed on September 21, 2007,it is hereby

ORDERED the motion is GRANTED.

DONE this the 27th day of September, 2007.


_____
                    /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE