IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY CHARLES JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NUMBER 2:06 CV 963-MEF |
| ) | WO |
| THE CITY OF CLANTON, AL, ) | |
| A Municipal Corporation, Police Chief ) | |
| James Henderson, J. D. Davis, and ) | |
| Velma L. Tinsley ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW the City of Clanton, Alabama, a municipal corporation, Police Chief James Henderson and Velma Tinsley, Defendants in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    \_\_\_\_\_    This party is an individual, or

    \_\_X\_\_    This party is a governmental entity, or

    \_\_X\_\_    There are no entities to be reported, or

\_\_\_\_\_       The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

October 2, 2007  
    Date

/s/ James W. Porter, II  
(Signature)

James W. Porter, II (POR 001)  
(Counsel's Name)

City of Clanton, Alabama, a  
    municipal corporation,  
Police Chief James Henderson, and  
Velma Tinsley  
(Counsel for)

P.O. Box 128  
Birmingham, Alabama  35201-0128  
Address, City, State Zip Code

(205) 322-1744  
Telephone Number

## CERTIFICATE OF SERVICE

I, James W. Porter, II, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail on this the __2nd__ day of __October, 2007__ to:

S. Joshua Briskman, Esq.
Baxley, Dillard, Dauphin,
  McKnight & Barclift
2008 Third Avenue South
Birmingham, AL 35233


                                      /s/ James W. Porter, II

                                          Signature