IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY CHARLES JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-963-MEF |
| | ) |
| THE CITY OF CLANTON, ALABAMA, *et al*. | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon of review and consideration of Defendant's *Motion to Compel Production of Responses to Defendant's Discovery Requests* (Doc. 45, filed October 2, 2007), it is

**ORDERED** that Plaintiff show cause why this motion should not be granted on or before **October 9, 2007**.

DONE this 2nd day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

.