IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY CHARLES JENKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CITY OF CLANTON, ALABAMA, )<br>a municipal corporation, and its agents; )<br>et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>2:06-CV-963-MEF |

## RESPONSE TO SHOW CAUSE ORDER AND MOTION TO WITHDRAW AS COUNSEL

COME NOW William J. Baxley, Donald R. James, Jr., and S. Joshua Briskman, all of whom are members of the law firm of Baxley, Dillard, Dauphin, McKnight & Barclift and have entered an appearance on behalf of the Plaintiff, Jimmy Charles Jenkins ("Jenkins"), and move this Honorable Court to allow them to withdraw as counsel for the Plaintiff. As grounds for said motion, the undersigned counsel states as follows:

1. Counsel for Plaintiff has been unable to locate Plaintiff for many months. Counsel's attempts to locate Plaintiff have included sending certified letters to his last known addresses, calling all known telephone numbers, contacting his previous lawyers in other matters, and hiring a private detective to locate him. (Exhibit A, Affidavit of Joshua Briskman).[1]

---

[1] Due to attorney client privilege issues, Counsel for Plaintiff has not attached any of the letters sent to Plaintiff. Should the Court determine those items are necessary to its determination of whether counsel may withdraw, Plaintiff's counsel will provide them under seal or *in camera*.

2. This Honorable Court has issued a Show Cause Order in response to Defendant's Motion to Compel certain discovery responses. Because Counsel has been unable to locate Plaintiff, the discovery responses cannot be answered.

3. Due to Counsel's inability to communicate with Plaintiff, they cannot continue to effectively represent Plaintiff in the above styled matter.

WHEREFORE, PREMISES CONSIDERED, Plaintiff's counsel respectfully request this Honorable Court to allow them to withdraw as counsel for Plaintiff.

Respectfully submitted,

/s/S. Joshua Briskman
S. Joshua Briskman, One of the
Attorneys for Plaintiff,
Jimmy Charles Jenkins

OF COUNSEL:

BAXLEY, DILLARD, DAUPHIN, MCKNIGHT & BARCLIFT
2008 Third Avenue South
Birmingham, Alabama 35233
Phone: (205) 271-1100
Fax: (205) 271-1108

## CERTIFICATE OF SERVICE

 I hereby certify that on this 8th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James W. Porter, II, Esq.
Christy Lynn Sherbrook, Esq.
Porter, Porter & Hassinger, P.C.
215 21st Street North, Suite 1000
Post Office Box 128
Birmingham, Alabama 35201-0128

            /s/S. Joshua Briskman
            Of Counsel

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY CHARLES JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 2:06-CV-963-MEF |
| THE CITY OF CLANTON, ALABAMA, ) | |
| a municipal corporation, and its agents; ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF S. JOSHUA BRISKMAN

STATE OF ALABAMA    )

COUNTY OF JEFFERSON  )

Before me, the undersigned notary public, on this day appeared S. Joshua Briskman, who is personally known to me, and first duly sworn upon his oath, said the following:

1. My name is S. Joshua Briskman. I am over the age of 19 and have knowledge of the matters set forth herein.

2. I am one of the attorneys of record for the Plaintiff, Jimmy Charles Jenkins.

3. I have personally made phone calls to every one of the phone numbers I have had for the Plaintiff. Each of these numbers was either disconnected or answered by persons who claimed not to know Mr. Jenkins.

4. I mailed letters to his last known address. That address is 1112 15th Way SW Birmingham, Alabama 35211. I have also sent letters to Mr. Jenkins at 1000 2nd Avenue,

**EXHIBIT A**

Birmingham, Alabama 35233, another address I obtained for Mr. Jenkins from state court records. I have also contacted lawyers who have represented Mr. Jenkins in the past to find his whereabouts.

6. Finally, I enlisted the service of a private investigator to find Mr. Jenkins. The private investigator has been unable to locate Mr. Jenkins.

Further affiant saith not.

_____
S. JOSHUA BRISKMAN

Sworn to and subscribed before me on this the 8th day of October, 2007.

_____
Notary Public
My Commission Expires: 5/10/11