IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY CHARLES JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-963-MEF |
| | ) |
| THE CITY OF CLANTON, | ) |
| ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Plaintiff's counsel's Response to Show Cause Order and Motion to Withdraw as Counsel (Doc # 47), filed on October 8, 2007, it is hereby ORDERED that

(1) Counsel for Plaintiff is ORDERED to file no later than **October 19, 2007**, a document with this Court that contains the best contact information for the Plaintiff that counsel has in its possession, including last known mailing address and telephone number.

(2) Upon the filing of this document, counsel for Plaintiff can expect an order granting their motion to withdraw.

DONE this 10th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE