IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY CHARLES JENKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CITY OF CLANTON, ALABAMA, )<br>a municipal corporation, and its agents; )<br>et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>2:06-CV-963-MEF |

## RESPONSE TO ORDER

Pursuant to this Court's Order, Counsel for Plaintiff submits the following information regarding Jimmy Charles Jenkins:

Addresses:

1112 15th Way SW, Birmingham, Alabama 35211

1000 2nd Avenue, Birmingham, Alabama 35233

4236 40th Avenue North Birmingham, Alabama 35217

Phone Numbers:

205-812-5903
205-812-5905

                                                 Respectfully submitted,

                                                 /s/S. Joshua Briskman
                                                 S. Joshua Briskman, One of the
                                                 Attorneys for Plaintiff,
                                                 Jimmy Charles Jenkins

OF COUNSEL:

BAXLEY, DILLARD, DAUPHIN, MCKNIGHT & BARCLIFT
2008 Third Avenue South
Birmingham, Alabama 35233
Phone: (205) 271-1100
Fax: (205) 271-1108

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James W. Porter, II, Esq.
Christy Lynn Sherbrook, Esq.
Porter, Porter & Hassinger, P.C.
215 21st Street North, Suite 1000
Post Office Box 128
Birmingham, Alabama 35201-0128

/s/S. Joshua Briskman
Of Counsel