IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY CHARLES JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO. 2:06-cv-963-MEF |
| ) | |
| THE CITY OF CLANTON, ) | |
| ALABAMA, *et al.*, ) | |
| ) | |
| Defendants.. ) | |

### **ORDER**

Upon consideration of the Motion to Withdraw as Counsel (Doc # 47), filed October 8, 2007, and the Response to Order (Doc # 49), filed October 15, 2007, it is hereby ORDERED that:

(1) the Motion to Withdraw as Counsel (Doc # 47) is GRANTED;

(2) the Clerk of Court is DIRECTED to mail a copy of this order to the Plaintiff at the following addresses:

    1112 15th Way, SW, Birmingham, Alabama 35211

    1000 2nd Avenue, Birmingham, Alabama 35233

    4236 40th Avenue North, Birmingham, Alabama 35217

DONE this the 17th day of October, 2007.

                                            /s/ Mark E. Fuller
                               CHIEF UNITED STATES DISTRICT JUDGE