IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY CHARLES JENKINS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-963-MEF |
| | ) |
| THE CITY OF CLANTON, ALABAMA, | ) |
| *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to United States Magistrate Judge Terry F. Moorer for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

It is further ORDERED that the Clerk of Court provide the plaintiff with a copy of this order at the following addresses:

    1112 15th Way, SW, Birmingham, Alabama 35211

    1000 2nd Avenue, Birmingham, Alabama 35233

    4236 40th Avenue North, Birmingham, Alabama 35217.

DONE this the 17th day of October, 2007.

                                              /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE