IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JIMMY CHARLES JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:06-CV-0963-MEF-TFM |
| | ) | |
| THE CITY OF CLANTON, | ) | |
| ALABAMA, *et al*. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Pending before the Court are Defendant City of Clanton's *Motion to Compel Production of Responses to Defendant's Discovery Requests* (Doc. # 45, entered October 2, 2007), and *Second Motion to Compel Production of Responses to Defendant's Discovery Requests* (Doc. # 50, entered October 16, 2007). Defendant's *Second Motion* represents it has forwarded discovery requests directly to Plaintiff at each address provided by former counsel. (Doc. #50, at ¶ 5; Doc. #49). Plaintiff is currently without representation due to the withdrawal of his counsel (Doc. #51, entered October 17, 2007).

The Court hereby **ORDERS** Plaintiff to show cause why Defendant's *Motions to Compel . . .* should not be granted on or before **October 29, 2007.** The Clerk of Court is directed to mail a copy of this order to the Plaintiff at the following addresses:

1112 15th Way, SW, Birmingham, Alabama 35211

1000 2nd Avenue, Birmingham, Alabama 35233

4236 40th Avenue North, Birmingham, Alabama 35217.

**It is further ordered that, on or before October 29, 2007, Plaintiff shall inform the Court of his current address for all future correspondence from the Court and Defendants.**

Done this 17th day of October, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE