IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JIMMY CHARLES JENKINS,            )
                                  )
        Plaintiff,                )
v.                                )        2:06-CV-0963-MEF-TFM
                                  )
THE CITY OF CLANTON,              )
ALABAMA, *et al*.                 )
                                  )
        Defendant.                )

# ORDER

Pending before the Court are Defendant City of Clanton's *Motion to Compel Production of Responses to Defendant's Discovery Requests* (Doc. # 45, entered October 2, 2007), and *Second Motion to Compel Production of Responses to Defendant's Discovery Requests* (Doc. # 50, entered October 16, 2007).  On October 18, 2007, this Court ordered Plaintiff to show cause why Defendant's motions should not be granted (Doc. #53).  As of this date, Plaintiff has failed to show cause why the *Motions* should not be granted.

The Court hereby **GRANTS** Defendant's *Motions* and **ORDERS** Plaintiff to respond to Defendant's *Motions to Compel . . .* on or before **November 16, 2007.**  The Clerk of Court is directed to mail a copy of this order to Plaintiff at the following address:

1112 15th Way, SW, Birmingham, Alabama 35211

Done this 6th  day  of November, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE