IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

JIMMY CHARLES JENKINS,          )
                                )
        Plaintiff,              )
v.                              )        CASE NO. 2:06-cv-963-MEF
                                )
THE CITY OF CLAYTON, ALABAMA, *et al.*,
                                )
        Defendants.             )

# **O R D E R**

On December 6, 2007, the Magistrate Judge filed a Recommendation (Doc. #57) in

this case to which no timely objections have been filed. Upon an independent review of the

file in this case and upon consideration of the Recommendation of the Magistrate Judge, it

is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for lack of prosecution.

DONE this the 26th day of December, 2007.


_____
         /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE